IN RE: Amber Marie Camacho aka Amber M.
Camacho, aka Amber Camacho

BK NO. 26-00411 MJC

Debtor(s)

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
18 Feb 2026, 12:10:50, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

Document ID: 90eade40b4e37f57a8f50cead9e3538cae2886941ac84008061ec54bb24fd87f