

12433-PAM-DE-040654691

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 23, 2026</u>, at <u>9:41</u> o'clock <u>PM EST</u>, <u>Amber Marie Camacho</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:  <u>February 24, 2026</u>          By:    <u>/s/Lisa Susoev</u>

                                       Name:  <u>Lisa Susoev</u>

                                       Title:  <u>Teacher</u>