United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Amber Marie Camacho

    Debtor

Case No. 26-00411-MJC

Chapter 13

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Amber Marie Camacho, 2903 Rocky Ridge Road, Bartonsville, PA 18321-7727 |
| 5780880 | + | CAPITAL ONE NA SUCCESSOR BY MERGER, TO DISCOVER BANK /WELTMAN WEINBERG, 520 WALNUT ST SUITE 1355, PHILADELPHIA, PA 19106-3602 |
| 5780883 | + | GEISINGER MEDICAL GROUP, 4 FORK STREET, MOUNT POCONO, PA 18344-1200 |
| 5780884 | | HNL LAB MEDICINE, 794 ROBLE ROAD, ALLENTOWN, PA 18109-9110 |
| 5780886 | | LEHIGH VALLEY HEALTH NETWORK, PO BOX 981006, BOSTON, MA 02298-1006 |
| 5780887 | | LEHIGH VALLEY PHYS GROUP, PO BOX 1754, ALLENTOWN, PA 18105-1754 |
| 5780890 | | SPECIALTY PHYSICAN ASSOCIATES, 3445 HIGH POINT BLVD STE 400, BETHLEHEM, PA 18017-7817 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 5780878 | | Email/Text: BarclaysBankDelaware@tsico.com | Mar 24 2026 18:51:00 | BARCLAYS BANK DELAWARE, 125 SOUTH WEST STREET, WILMINGTON, DE 19801-5014 |
| 5780879 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 24 2026 18:47:39 | CAPITAL ONE BANK USA NA, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5780881 | | Email/Text: correspondence@credit-control.com | Mar 24 2026 18:51:00 | CREDIT CONTROL LLC, 3300 RIDER TRAIL S. SUITE 500, EARTH CITY, MO 63045 |
| 5780882 | + | Email/Text: data_processing@fin-rec.com | Mar 24 2026 18:51:00 | FINACIAL RECOVERY SERVICES, PO BOX 21405, EAGAN, MN 55121-0405 |
| 5780885 | ^ | MEBN | Mar 24 2026 18:47:27 | LAKEVIEW, C/O M&T BANK LANDING SVCS, PO BOX 1288, BUFFALO, NY 14240-1288 |
| 5780888 | ^ | MEBN | Mar 24 2026 18:47:41 | MICHAEL J. DOUGHERTY ESQ, WELTMAN WEINBERG & REIS CO, 520 WALNUT ST SUITE 1355, PHILADELPHIA, PA 19106-3602 |
| 5780889 | | Email/Text: bankruptcies@penncredit.com | Mar 24 2026 18:51:00 | PENN CREDIT, PO BOX 69703, HARRISBURG, PA 17106-9703 |
| 5783499 | | Email/Text: bnc-quantum@quantum3group.com | Mar 24 2026 18:51:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5780891 | ^ | MEBN | Mar 24 2026 18:46:52 | ST LUKE'S UNIVERSITY HEALTH NETWORK, PO BOX 604152, CHARLOTTE, NC 28260-4152 |
| 5780892 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 24 2026 18:47:35 | SYNCB/CARE CREDIT, PO BOX 71757, PHILADELPHIA, PA 19176-1757 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2026     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Amber Marie Camacho rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Amber Marie Camacho,                Chapter      13
aka Amber M. Camacho, aka Amber Camacho,

**Debtor 1**                 Case No.      5:26−bk−00411−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**April 23, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: April 30, 2026<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 24, 2026 |

ntcnfhrg (08/21)